**Lillian R. Seymour, appellee, v. Sigmund Dunzinski, appellant. Gen. No. 32,563.**

Opinion filed June 25, 1928.

Alexander W. Jamieson and L. J. Berc, for appellant; Socrates & Davis, of counsel. Alvin Glen Hubbard, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

**Elkon Works, appellant, v. F. C. West & Company, trading as Thomas Sales Company, appellee. Gen. Nos. 32,572 and 32,573.**

Opinion filed June 25, 1928.

Montgomery, Hart & Smith, for appellant; William E. Hooper and Victor C. Milliken, of counsel. Benjamin T. Roodhouse and Cecil C. Erickson, for appellee; Edgar H. Schroeder, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Lawrence Splan, plaintiff in error. Gen. No. 32,597.**

Opinion filed June 25, 1928.

Cook & Albert and Ernest D. MacDougall, for plaintiff in error. Robert E. Crowe, State's Attorney, for defendant in error; John Holman and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

**Charles A. Manthie, appellee, v. Albert Shepanek, appellant. Gen. No. 32,629.**

Opinion filed June 25, 1928.

Harold A. Fein, for appellant. Ray & Pease, for appellee.

Mr. Justice McSurely delivered the opinion of the court.